**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **NARANJIBHAI PATEL; RAMILABEN PATEL**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **CITY OF LOS ANGELES, a municipal corporation**, <br><br> Defendant - Appellee. | No. 08-56567 <br><br> D.C. No. 2:05-cv-01571-DSF-AJW <br><br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.